| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CAROLYN M. WIGGIN, Bar #182732 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| 4 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 5 | Telephone: (916) 498-5700 |

Attorneys for Defendant-Movant
KEITH ALAN ROBINSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:93-cr-00383-JAM-DB-1 |
| Plaintiff-Respondent, | **STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE** |
| v. | |
| KEITH ALAN ROBINSON, | |
| Defendant-Movant. | |

Plaintiff-Respondent United States, through its attorney, Assistant United States Attorney Michele Beckwith, and Defendant-Movant Keith A. Robinson, through his attorney, Assistant Federal Defender Carolyn M. Wiggin, hereby stipulate to amend the previously ordered briefing schedule (ECF 249) as follows: Mr. Robinson's optional Reply to the Government's Opposition to Mr. Robinson's motion under 28 U.S.C. § 2255 shall be filed no later than December 6, 2017.

Stipulation and Order Amending Briefing Schedule    -1-    *U.S. v. Robinson, 2:93-cr-00383-JAM-DB-1*

| | | |
|---|---|---|
| 1 | Dated: November 17, 2017 | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | | */s/ Carolyn M. Wiggin* |
| 4 | | CAROLYN M. WIGGIN<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant-Movant<br>KEITH ALAN ROBINSON |
| 6 | | |
| 7 | Dated: November 17, 2017 | PHILLIP A. TALBERT |
| 8 | | United States Attorney |
| 9 | | */s/Michele Beckwith* |
| 10 | | Michele Beckwith<br>Assistant United States Attorney |
| 11 | | Attorney for Plaintiff-Respondent<br>UNITED STATES OF AMERICA |

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, the previously ordered briefing schedule (ECF No. 249) is hereby AMENDED as follows: Mr. Robinson's optional Reply to the Government's Opposition to Mr. Robinson's motion under 28 U.S.C. § 2255 shall be filed no later than December 6, 2017.

IT IS SO ORDERED

DATED: November 17, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-habeas/robi0383.reply eot