JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
KEITH ALAN ROBINSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:93-CR-0383-JAM |
|---|---|
| Plaintiff, | **ORDER TO SEAL DOCUMENTS** |
| v. | |
| KEITH ALAN ROBINSON, | |
| Defendant. | |

Upon application of the defendant Keith Alan Robinson, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that Exhibit D to defendant's September 18, 2020 motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

Dated: September 21, 2020        /s/ John A. Mendez
                                  Hon. John A. Mendez
                                  U.S. District Court Judge