McGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:93-CR-00383-JAM-DB |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| KEITH ALAN ROBINSON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on September 18, 2020. ECF No. 267. By previous order, the Court set a due date for the government's response on September 28, 2020, with any reply from the defendant due on October 2, 2020. ECF No. 269.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before October 6, 2020;

        b)      The defendant's reply to the government's response to be filed on or before October 13, 2020.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 28, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ SAM STEFANKI<br>SAM STEFANKI<br>Assistant United States Attorney |
| Dated: September 28, 2020 | /s/ JOHN P. BALAZS<br>JOHN P. BALAZS<br>Counsel for Defendant<br>KEITH ALAN ROBINSON |

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)      The government's response to the defendant's motion, ECF No. 267, is due on or before October 6, 2020;

    b)      The defendant's reply to the government's response, if any, is due on October 13, 2020.

IT IS SO FOUND AND ORDERED this 30th day of September, 2020.

                                                  /s/John A. Mendez<br>                                                  HONORABLE JOHN A. MENDEZ<br>                                                  UNITED STATES DISTRICT COURT JUDGE