MCGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ALAN ROBINSON,<br><br>Defendant. | CASE NO. 2:93-CR-00383-JAM-DB<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on September 18, 2020. ECF No. 267. By previous order, the Court set a due date for the government's response on October 6, 2020, with any reply from the defendant due on October 13, 2020. ECF No. 273.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before October 9, 2020;

b) The defendant's reply to the government's response to be filed on or before October 16, 2020.

IT IS SO STIPULATED.

Dated: October 5, 2020                    McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ SAM STEFANKI
                                          SAM STEFANKI
                                          Assistant United States Attorney

Dated: October 5, 2020                    /s/ JOHN P. BALAZS
                                          JOHN P. BALAZS
                                          Counsel for Defendant
                                          KEITH ALAN ROBINSON

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, ECF No. 267, is due on or before October 9, 2020;

b) The defendant's reply to the government's response, if any, is due on October 16, 2020.

IT IS SO FOUND AND ORDERED this 6th day of October, 2020.

                                          /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE