John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
KEITH ALAN ROBINSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ALAN ROBINSON,<br><br>Defendant. | No.  2:93-CR-00383-JAM<br><br>**STIPULATION AND ORDER** |

   Defendant Keith Alan Robinson, through counsel, and the United States, through counsel, hereby stipulate and request that the Court extend the due date for defendant's reply brief on his motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A) from October 16, 2020 to October 23, 2020 to give Robinson time to provide input to counsel for the reply brief.

                                                                      Respectfully submitted,

Dated:  October 14, 2020                      /s/ John Balazs
                                                                      JOHN BALAZS

                                                                      Attorney for Defendant
                                                                      KEITH ALAN ROBINSON

1

|  |  |
|---|---|
|  | McGREGOR SCOTT<br>U.S. Attorney |
| Dated:  October 14, 2020 | By:   /s/ Samuel Stefanki<br>       SAMUEL STEFANKI<br>       Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

Dated:  October 15, 2020        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITES STATES DISTRICT COURT JUDGE