UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff/Respondent,<br><br>　　v.<br><br>KEITH ALAN ROBINSON,<br><br>　　　Defendant/Movant. | No.  2:93-cr-000383-JAM<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)** |

　　On September 18, 2020, Defendant filed a Motion for Compassionate Release. See Mot., ECF No. 267.  The Court finds extraordinary and compelling reasons warrant the termination of the remainder of Defendant's sentence.  Defendant has health conditions that place him at high risk of serious complications or death if infected with COVID-19.  See Mot. at 5.  The Government concedes this much.  See Opp'n at 11–12, ECF No. 276. Defendant is a 57 year old man who has been imprisoned for the past 27 years. He suffers from: heart disease, hypertension, chronic obstructive pulmonary disease, hyperlipidemia, asthma, and diabetes.  See Def.'s Medical Records, Ex. D to Mot., ECF No. 271-1.  He has suffered two heart attacks, edema, and blood clots and was fitted with a pacemaker and defibrillator.  Id.  Not long

ago, Defendant was hospitalized due to acute hypoxemic respiratory failure.  Id.  With this medical history, Defendant would be in grave danger if infected with COVID-19.

Moreover, the 18 U.S.C. § 3553(a) sentencing factors do not require that Defendant's motion be denied.  Defendant has already spent nearly three decades in federal custody.  See Def.'s BOP Records, Ex. 1 to Opp'n, ECF No. 279-1.  Terminating the remainder of his sentence at this point would not minimize his original sentence's deterrent effect.  In addition, while Defendant's criminal acts were unquestionably dangerous, the Court finds that Defendant will not endanger the community with further crimes if released.  Defendant is much older, and his health is in decline.  He suffers from several serious ailments and requires a wheelchair to get around. Defendant also has a viable release plan.  Defendant can reside with his son in Downing, California.  Defendant's son is employed and able to support his father financially, assist him with his medical appointments, and modify his home to make it wheelchair accessible.  See Mot. at 21; see also Reply at 9-10, ECF No 282.

Accordingly, the Court GRANTS Defendant's Motion to Reduce Sentence and imposes a sentence of time served.  Defendant shall spend up to 14 days in quarantine and obtain medical clearance prior to release.  During this time, appropriate travel arrangements shall be made to ensure Defendant's safe release.  Upon release, Defendant shall begin serving his 60-month term of supervised release.  The Government has until November 9, 2020, to file a request for Defendant's conditions of release.  Defendant shall file a reply by November 13, 2020.  The Court

will issue a final order of release that includes any appropriate conditions requested by the Government upon review of these filings.

    IT IS SO ORDERED.

Dated: November 2, 2020

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE