UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:93-cr-000383-JAM |
|---|---|
| Plaintiff, | |
| v. | **RELEASE ORDER** |
| KEITH ALAN ROBINSON, | |
| Defendant. | |

On November 2, 2020, the Court granted Defendant's Motion for Compassionate Release. See Order, ECF No. 283. Upon his release, Defendant will begin serving a 60-month term of supervised release. Id. at 2. Per that decision, the Court hereby orders Defendant be released pursuant to the below listed conditions of release and any other conditions of supervised released previously imposed by the Court.

I.   CONDITIONS OF RELEASE

1.   The defendant shall be released from the custody of the Bureau of Prisons no later than twenty-four hours after issuance of this Order.  Upon his release, the defendant shall be transported directly by his son and third-party custodian, Mister

Robinson, to a residence approved by the United States Probation Office.

2. The defendant shall provide the probation officer with access to any requested financial information.

3. The defendant shall not open additional lines of credit without the approval of the probation officer.

4. The defendant shall have no contact with any victims in this case.

5. The defendant shall not loiter within 100 feet of any financial institution.

6. The defendant shall not associate with any codefendants in this case.

7. The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

IT IS SO ORDERED.

Dated: November 17, 2020

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE